IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00084-RJC-SCR

| | |
|---|---|
| JERRY SWIFT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| LONG CREEK VOLUNTEER FIRE DEPARTMENT, INC., | ) ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Deborah Casey Brown]" (Doc. No. 9) filed September 11, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 11, 2023

Susan C. Rodriguez
United States Magistrate Judge